UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAMES H. HAYES,

                   Petitioner,

   v.

JERRY HOWELL, et al.,

                Respondents.

Case No. 2:20-cv-00945-GMN-BNW

ORDER

On August 9, 2021, the court granted in part respondents' motion to dismiss certain grounds in James H. Hayes' pro se 28 U.S.C. § 2254 habeas corpus petition (ECF No. 35). The same day, Hayes filed a motion for status check (ECF No. 34). In light of the court's order, the motion for status check is denied.

**IT IS THEREFORE ORDERED** that Hayes' motion for status check (ECF No. 34) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that respondents' motion to extend time to file their answer to the petition (ECF No. 36) is **GRANTED**. Respondents must file their answer on or before October 22, 2021.


DATED: 30 September 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE