# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES H. HAYES,<br><br>Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>Respondents. | Case No. 2:20-cv-00945-GMN-BNW<br><br>ORDER |

James H. Hayes' pro se 28 U.S.C. § 2254 habeas corpus petition is before the court on several motions for extension of time and a motion for copies. Good cause appearing,

**IT IS ORDERED** that respondents' six motions for extension of time to file an answer to the petition (ECF Nos. 40, 42, 44, 45, 48, 50) are all **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's motion to expedite petition (ECF No. 39) is **DENIED** as moot because respondents have answered the petition.

**IT IS FURTHER ORDERED** that petitioner's motion for copies (ECF No. 46) is **GRANTED**. The Clerk is directed to **SEND** to petitioner one copy of the docket sheet and one copy of petitioner's addendum at ECF No. 6.

DATED: 21 January 2022.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1