# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES H. HAYES,<br><br>                Petitioner,<br><br>  v.<br><br>JERRY HOWELL, et al.,<br><br>                Respondents. | Case No. 2:20-cv-00945-GMN-BNW<br><br>ORDER |

    James H. Hayes has filed two motions in his pro se 28 U.S.C. § 2254 habeas corpus action. First, he filed what he styled as a motion for judgment and expeditious ruling (ECF No. 52). The court notes that he filed the motion on January 28, 2022, before he had even filed his reply in support of his petition on February 16, 2022 (ECF No. 54). The motion is denied because briefing was not complete when he filed the motion. The petition now stands fully briefed and the court will issue a merits decision in due course.[1]

    Hayes also filed another motion for status check, seeking a copy of the docket sheet (ECF No. 56). The motion will be granted. Hayes will now have a complete copy of the docket; the court expects that no further motions for status check will be necessary.

---

[1] The court further notes that when parties repeatedly file unnecessary motions it only serves to delay adjudication of the petition.

1

**IT IS THEREFORE ORDERED** that petitioner's motion for judgment and expeditious ruling (ECF No. 52) is **DENIED** as set forth in this order.

**IT IS FURTHER ORDERED** that petitioner's motion for copies (ECF No. 56) is **GRANTED**. The Clerk of Court is directed to **SEND** to petitioner one copy of the docket sheet.

DATED: 7 March 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE